**BRYAN CAVE LLP**
Hal Mark Mersel, SBN 130382
Kerry Moynihan, SBN 250571
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:     (949) 223-7000
Facsimile:     (949) 223-7100
E-Mail:     mark.mersel@bryancave.com
     kerry.moynihan@bryancave.com

Attorneys for Defendant,
CALIFORNIA BANK & TRUST

**FILED & ENTERED**

**SEP 04 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** pickett     **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHILO INN, TWIN FALLS, LLC,<br><br>Debtor and Debtor-in-Possession. | Lead Case No.: 2:13-bk-21601-VZ<br><br>Jointly administered with:<br>Case No. 2:13-bk-21603-VZ<br>Case No. 2:13-bk-21604-VZ<br>Case No. 2:13-bk-21605-VZ |
| Affects:<br>☒ All Debtors<br><br>☒ SHILO INN, TWIN FALLS, LLC<br>☒ SHILO INN, BOISE AIRPORT, LLC<br>☒ SHILO INN, NAMPA BLVD, LLC<br>☒ SHILO INN, NEWBERG, LLC<br>☒ SHILO INN, SEASIDE EAST, LLC<br>☐ SHILO INN, MOSES LAKE, INC.<br>☐ SHILO INN, ROSE GARDEN, LLC<br><br>Debtors and Debtors-in-Possession. | Case No. 2:13-bk-21606-VZ<br>Case No. 2:13-bk-21607-VZ<br>Case No. 2:13-bk-21608-VZ<br><br>Chapter 11<br><br>**ORDER:**<br><br>**(1) GRANTING IN PART AND DENYING IN PART CALIFORNIA BANK & TRUST'S EMERGENCY MOTION TO CONTINUE HEARING ON APPROVAL OF SECOND AMENDED DISCLOSURE STATEMENTS;**<br><br>**(2) EXTENDING DEADLINE TO FILE AND SERVE A RESPONSE TO MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT; AND**<br><br>**(3) MAINTAINING DEADLINE TO FILE AND SERVE A REPLY**<br><br>**HEARING DATE**<br>Date:     September 18, 2014<br>Time:     1:30 p.m.<br>Place:     Courtroom 1368<br>     255 E. Temple Street<br>     Los Angeles, CA 90012 |

IR01DOCS\723700.1              1

An *Emergency Motion To Continue Hearing on Approval of Second Amended Disclosure Statements; Declaration of Kerry Moynihan* (the "Emergency Motion") [ECF No. 429] was filed by California Bank & Trust ("CB&T"), which included a request that the deadline to file and serve a response be continued from September 4, 2014 to October 2, 2014.  Having reviewed the Emergency Motion,

**IT IS ORDERED THAT** the motion is **GRANTED IN PART** and **DENIED IN PART as follows:**

1. The hearing to consider approval of the Debtors' Second Amended Disclosure Statements filed on August 28, 2014 as Docket Entry Nos. 411- 415, currently scheduled for September 18, 2014 at 1:30 p.m., remains on September 18, 2014 at 1:30 p.m.

2. The deadline to file and serve any response to the Second Amended Disclosure Statements is extended to Monday, September 8, 2014; and

3. The deadline for the debtor to file and serve a reply to any response remains as September 11, 2014.

# # #

Date: September 4, 2014

Vincent P. Zurzolo
United States Bankruptcy Judge

IR01DOCS\723700.1